NO









NO. 12-09-00190-CR                    

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

R.B. ETHRIDGE, 

APPELLANT                                                     '     APPEAL
FROM THE 3RD

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     ANDERSON
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant,
who is pro se, has filed a motion to dismiss this appeal.  No decision has been
delivered in the appeal.  Accordingly, Appellant’s motion to dismiss is
granted, and the appeal is dismissed.  See Tex. R. App. P. 42.2(a).  All pending
motions are overruled as moot.

Opinion delivered December 30, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)